| D/WI Prob 22 (Rev 08/12) | DOCKET NUMBER (Trans. Court) |
| --- | --- |
| TRANSFER OF JURISDICTION | 0757 2:09CR00132 - 1 |
| | DOCKET NUMBER (Rec. Court) |
| | 3:13-00242-01 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: Maureen Susan Hommel | DISTRICT Eastern District of Wisconsin | DIVISION Milwaukee |
| --- | --- | --- |
| ADDRESS --- Select an address --- | NAME OF SENTENCING JUDGE U.S. District Judge C. N. Clevert Jr. | |
| 4824 Big Horn Drive Old Hickory, TN 37138 | DATES OF PROBATION /SUPERVISED RELEASE | FROM 04/04/2013 | TO 04/03/2018 |

OFFENSE
BANK FRAUD

## PART 1 - ORDER TRANSFERRRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Wisconsin

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the record of this Court to the United States District Courts for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 6/28/2013 | /s/ C.N. Clevert, Jr. |
| --- | --- |
| Date | C. N. Clevert, Jr. United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle District of Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 12-9-13 | [signature] |
| --- | --- |
| Effective Date | United States District Judge |

Page 1 of 1